IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:20-cr-386-FDW-DSC |
| v. | |
| **(1) TIMOTHY WAYNE BATES** *et al* | **ORDER** |

UPON MOTION of the United States of America for an order directing that the First Superseding Bill of Indictment in the above-captioned case, and the case in general, be unsealed, because the need to protect the secrecy of the investigation no longer exists,

**IT IS HEREBY ORDERED** that the First Superseding Bill of Indictment, and the case in general, be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

**SO ORDERED**.

Signed: December 21, 2020

David S. Cayer
United States Magistrate Judge